# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                              Plaintiff,          Crim. No. 11-89 (RHK/LIB)
                                                                 **ORDER**

v.

Jerilee Jane Head,

                              Defendant.

This matter is scheduled for a jury trial commencing on Monday, January 23, 2012. Accordingly, **IT IS ORDERED** that the parties shall serve and file the following documents on or before Wednesday, January 18, 2012: (1) all pre-trial Motions (including Motions *in Limine*); (2) proposed *voir dire* questions; (3) proposed jury instructions; and (4) exhibit and witness lists.

Dated: January 11, 2012                                            s/Richard H. Kyle
                                                                              RICHARD H. KYLE
                                                                              United States District Judge