**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

                         Plaintiff,             Crim. No. 11-89 (RHK/LIB)
                                               **ORDER**

v.

Jerilee Jane Head,

                         Defendant.

---

       A **FINAL PRE-TRIAL CONFERENCE** will be held in this matter at 8:00 a.m. on

Monday, January 23, 2012, in Courtroom #2 (the Bankruptcy courtroom), Gerald W.

Heaney Federal Building and United States Courthouse and Customhouse, 515 West First

Street, Duluth, Minnesota.   Jury selection will follow the pre-trial conference.


Dated: January 18, 2012                       s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge