# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                                    Plaintiff,

                                                    Crim. No. 11-89 (RHK/LIB)
                                                    **ORDER**
v.


Jerilee Jane Head,

                                    Defendant.

Following the charge conference and arguments of counsel, the Court has

modified its proposed jury instructions as follows:  (1) it has deleted the reference to

stipulated facts in Instruction No. 2 and (2) it has deleted the sentence "Accordingly, you

must consider element <u>One</u> as proven" in Instruction No. 6.

The Court declines Defendant's invitation to use the phrase "discharge of a firearm

in furtherance of a crime of violence, to-wit, manslaughter" in elements <u>One</u> and <u>Two</u> of

Instruction No. 6.  The Court believes that such an instruction will only serve to confuse

the jury.  Furthermore, there is no dispute under the facts here as to (1) the precise nature

of the "crime of violence" to which Clark has pleaded guilty (namely, the killing of Julian

Keith DeMarris), which in any event is a legal determination for the Court, and (2) the

manner in which that "crime of violence" was furthered (namely, by discharging a

firearm, *i.e.*, a shooting).  Hence, in the Court's view, instructing the jury that the

underlying crime was "shooting Julian Keith DeMarris on November 3, 2010" conveys

the same information – tailored to the specific evidence in this case – as "discharging a

firearm in furtherance of a crime of violence," but in a clearer, less-confusing fashion.


Dated:  January 23, 2012                              s/Richard H. Kyle_____
                                                     RICHARD H. KYLE
                                                     United States District Judge